DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANA T. MORENO,**
Appellant,

v.

**BANK OF NEW YORK MELLON,**
Appellee.

No. 4D2024-2485

[October 23, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary M. Farmer, Jr., Judge; L.T. Case No. CACE18-29577.

Ana T. Moreno, Miramar, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***